| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the:<br><br>CENTRAL DISTRICT OF CALIFORNIA | |
| Case number *(if known)* _____  Chapter **11** | ☐ Check if this an amended filing |

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Spectrum Link, Inc.** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **47-3031442** | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**8221 3rd Street, Suite 204**<br>**Downey, CA 90241**<br>Number, Street, City, State & ZIP Code<br><br>**Los Angeles**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**3250 Wilshire Blvd., Suite 1615 Los Angeles, CA**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website (URL)** | **www.spectrumlink.net** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

| Debtor | Spectrum Link, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Spectrum Link, Inc.**                                         Case number (*if known*) _____
             Name

**10. Are any bankruptcy cases
     pending or being filed by a
     business partner or an
     affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in
     *this district*?**

Check all that apply:

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
    preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or
     have possession of any
     real property or personal
     property that needs
     immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
   livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____

          Contact name _____

          Phone _____

---

███  **Statistical and administrative information**

**13. Debtor's estimation of
     available funds**      .       Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of
     creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Spectrum Link, Inc.**
      Name

Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Spectrum Link, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   8 - 11 - 2021
           MM / DD / YYYY

X _____          Marilyn M. Adjangba
Signature of authorized representative of debtor          Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

X _____   Date  8 / 11 / 2021
Signature of attorney for debtor          MM / DD / YYYY

**Michael Jay Berger**
Printed name

**Law Offices of Michael Jay Berger**
Firm name

**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 271-6223**      Email address   **michael.berger@bankruptcypower.com**

**100291 CA**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Spectrum Link, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bruce and Bonnie Hanebutt 948 West Colchester Dr. Eagle, ID 83616** | | **7 Leases for Telecommunicatio n Equipment (Each for $35,000)** | | | | $245,000.00 |
| **Christopher M Alinea 2710 Lawson Road Oriskany Falls, NY 13425** | | **Telecommunicatio n lease** | | | | $300,000.00 |
| **Clark Gorrell 625 Keith's Run Road Ripley, WV 25271** | | **investment loan** | | | | $140,000.00 |
| **Daniel O. Ritt Trust 168 Dover Parkway Garden City, NY 11530** | | **Tower owner** | | | | $331,300.00 |
| **Eileen M. Warner/ Classic Coastal 1982 State Road 44, Ste 354 New Smyrna Beach, FL 32168** | | **Investment in communication equipment and tower leases (15)** | | | | $442,500.00 |
| **Gabor Bako 110 Coventry Street Lafayette, LA 70506** | | **Tower owner for nine towers** | | | | $260,000.00 |
| **Gary M Ferman 4509 Club Estates Drive Naples, FL 34112** | | **Tower owner** | | | | $130,000.00 |
| **Gerald D. Wollert 3799 Cadbury Circle Apt B710 Venice, FL 34293** | | **Tower owner** | | | | $140,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Spectrum Link, Inc. | | | Case number (if known) | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| James P Haggerty 1599 Village View Rd. Encinitas, CA 92024 | | Tower owner | | | | $200,000.00 |
| Jane Elkins 2726 Decoy Drive Sparks, NV 89436 | | Tower owner | | | | $175,000.00 |
| Joan McCrea and Donald Gooden Otto K Hilbert, Esq. 535 16th St Mall Suite 810 Denver, CO 80202 | | Tower owners | | | | $350,000.00 |
| John Buford 701 River Bend Road. Sugar Grove, NC 28679 | | Tower owner | | | | $200,000.00 |
| Kenneth Thieman and Four T's LLC c/of Orloff & Associates APC Attn: Paul Orloff 8402 Florence Avenue Ste B1 Downey, CA 90240 | | Complaint for damages | Contingent Unliquidated Disputed | | | $5,000,000.00 |
| Khoon San Lee 1445 Sandy Circle Blacksburg, VA 24060 | | Tower owner | | | | $700,000.00 |
| Marvin Lesikar 2861 FM 1822 Edna, TX 77957 | | Tower owner | | | | $217,000.00 |
| R & A Cell Towers LLC 21616 Cezanne Place Woodland Hills, CA 91364 | | Tower owner | | | | $1,023,900.00 |
| Raman 2004 Trust 1114 Savannah Dr. San Jose, CA 95117 | | Tower owner | | | | $130,000.00 |
| The Flying Moose, LLC 28610 Hwt 290 Ste. #F09-130 Hockley, TX 77447 | | Tower owner | | | | $150,000.00 |
| Walter J Wiesler 15932 W Summerwalk DR Surprise, AZ 85374 | | Tower owner | | | | $269,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Spectrum Link, Inc.** _____      Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **William G. Nowack 335 E. Paradise Ln. Phoenix, AZ 85022** | | **Tower owner** | | | | $150,030.00 |

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger**<br>**Law Offices of Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>California State Bar Number: **100291 CA**<br>**michael.berger@bankruptcypower.com** | |

☑ *Attorney for:  Spectrum Link, Inc.*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>      **Spectrum Link, Inc.**<br><br><br><br><br>                                                Debtor.<br><br><br>Plaintiff(s),<br><br><br><br><br><br><br>                                              Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11**<br><br><br><br>**CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO  FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Marilyn M. Adjangba** _____ , the undersigned in the above-captioned case, hereby declare
           *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.       I have personal knowledge of the matters set forth in this Statement because:

        ☑ I am the president or other officer or an authorized agent of the Debtor corporation

        ☐ I am a party to an adversary proceeding

        ☐ I am a party to a contested matter

        ☐ I am the attorney for the Debtor corporation

2.a.     ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any
        class of the corporation's(s') equity interests:
        *[For additional names, attach an addendum to this form.]*

b.       ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| 8/11/2021 | By: _____ |
| Date | Signature of Debtor, or attorney for Debtor |
| | |
| | Name: **Marilyn M. Adjangba** |
| | Printed name of Debtor, or attorney for |
| | Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2012                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger<br>9454 Wilshire Boulevard, 6th floor<br>Beverly Hills, CA 90212<br>(310) 271-6223 Fax: (310) 271-9805<br>California State Bar Number: 100291 CA<br>michael.berger@bankruptcypower.com | |
| ☐  *Debtor(s) appearing without an attorney*<br>■  *Attorney for Debtor* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>   Spectrum Link, Inc. | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| Debtor(s). | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __7__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __8-11-2021__                                   _Signature of Debtor 1_

Date: _____                _Signature of Debtor 2 (joint debtor) ( if applicable)_

Date: __8/11/2021__                          _Signature of Attorney for Debtor (if applicable)_

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                **F 1007-1.MAILING.LIST.VERIFICATION**

Spectrum Link, Inc.
8221 3rd Street, Suite 204
Downey, CA 90241


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212


12th Capital LLC
13160 Mindanao Way
Marina Del Rey, CA 90292


12th Capital LLC, et al.
dba Tarzana Tower Companies


18321 Ventura Lease
18321 Ventura Blvd
Tarzana, CA 91356


375 Pearl Street Lease NYC
375 Pearl Street
New York, NY 10038


Aaron A. Ashford
101 Scott Circle
Dudley, NC 28333


Abelli Enterprises, LLC
77 Pistapaug Rd.
Northford, CT 06472

Abelli Enterprises, LLC
77 Pistapaug Rd
Northford, CT 06472


American Express
c/o Becket and Lee
PO Box 3001
Malvern, PA 19355


American Tower Lease
10250 Santa Monica Blvd
Los Angeles, CA 90067


Angel Nieto
7260 Richfield Street, Apt 304
Paramount, CA 90723


Arun Butcher and Kavita Pal
3785 Banyon Ln.
Alpharetta, GA 30022


Barak Lurie
Lurie & Kramer
12121 Wilshire Blvd., Suite 300
Los Angeles, CA 90025


Barak Lurie, Esq.
12121 WILSHIRE BLVD.
300
Los Angeles, CA 90025


Bruce and Bonnie Hanebutt
948 West Colchester Dr.
Eagle, ID 83616

Capital One
P.O. Box 60024
City Of Industry, CA 91716-0024


Chase Bank
PO Box 15298
Wilmington, DE 19850


Chris Lane
72 Sea Scape Avenue
Middletown, RI 02842


Christopher M Alinea
2710 Lawson Road
Oriskany Falls, NY 13425


Christopher P. Brandlin, Esq., Brok
BURKLEY BRANDLIN & SWATIK LLP
21515 Hawthorne Blvd.
Ste 820
Torrance, CA 90503


Clark Gorrell
625 Keith's Run Road
Ripley, WV 25271


COPPER PROPERTIES, LLC
1775 W. State St.
#274
Boise, ID 83702


Coresite One Wilshire LLC
1001 17th Street, Suite 500
Denver, CO 80202

Crown Castle Fiber, LLC
PO Box 28730
New York, NY 10087-8730


Crown Castle Fiber, LLC
Attn: Scott M. Callahan, Collection
80 Central St.
Boxborough, MA 01719


Cynthia Wollert
9 Brandermill Dr.
Henderson, NV 89052


Dale Boyd Estate
7780 Blewett Cutoff Rd.
Peshastin, WA 98847


Daniel O. Ritt Trust
168 Dover Parkway
Garden City, NY 11530


Diana Yanko
490 Ashmoore Court
Powell, OH 43065


Douglas Keeling
10100 Ash Creek Dr.
Union, KY 41091


Duane McFarland
170 Butler Lake Rd.
Saint Simons Island, GA 31522

Eileen M. Warner/ Classic Coastal
1982 State Road 44, Ste 354
New Smyrna Beach, FL 32168


Employee Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Eric and Julie Smith
1712 Battle Creek Rd.
Charlotte, MI 48813


Estate of Bernard S. Mayfield
c/o Law Offices of Wilma R. Shanks
Attn: Wilma R. Shanks, Esq.
1502 North Broadway
Santa Ana, CA 92706


Fernando Torres
16836 Sherman Way #201
Van Nuys, CA 91406


Gabor Bako
110 Coventry Street
Lafayette, LA 70506


Gary M Ferman
4509 Club Estates Drive
Naples, FL 34112


Gerald D. Wollert
3799 Cadbury Circle
Apt B710
Venice, FL 34293

GI TC One Wilshire LLC
PO Box 844664
Los Angeles, CA 90084-4664


Hawaiian Air Credit
PO Box 30008
Honolulu, HI 96820


Intergate Manhattan LLC
c/o Sabey Data Center Solutions LLC
3355 35th Ave S,
Seattle, WA 98168


Intergate Manhattan LLC
c/o Sabey Data Center Solutions LLC


Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346


Jacob Pinkey
237 Morcroft Lane
Durham, NC 27705


James P Haggerty
1599 Village View Rd.
Encinitas, CA 92024


James Poorbaugh
3560 E Arborvitae Ct.
Boise, ID 83716

James Roger Postema
6540 48th Avenue
Hudsonville, MI 49426


Jane Elkins
2726 Decoy Drive
Sparks, NV 89436


Jetmir Celaj
1740 Mulford Avenue 6D
Bronx, NY 10461


Joan McCrea and Donald Gooden
Otto K Hilbert, Esq.
535 16th St Mall
Suite 810
Denver, CO 80202


Jody Pollock
223 1/2 S. Bridge St.
Grand Ledge, MI 48837


John Buford
701 River Bend Road.
Sugar Grove, NC 28679


John Elkins
2726 Decoy Drive
Sparks, NV 89436


Kenneth B Lyons
7 Daniel Ln.
Lebanon, NJ 08833

Kenneth Thieman and Four T's LLC
c/of Orloff & Associates APC
Attn: Paul Orloff
8402 Florence Avenue Ste B1
Downey, CA 90240


Ketan Patel
2815 Lochgreen Way
Dublin, CA 94568


Kevin McDonald
460 Highland Ave
Clifton, NJ 07011


Khoon San Lee
1445 Sandy Circle
Blacksburg, VA 24060


Leslie Gayle Mast
1627 Clearwater Place
Encinitas, CA 92024


Marvin Lesikar
2861 FM 1822
Edna, TX 77957


Micheletti Consulting LLC
15 Synnyside Avenue
Bristol, RI 02809


New York Department of Revenue
2116 Adam Clayton Powell Jr Blvd
New York, NY 10027

Niket P Vakharia, Vardhman LLC
126 Peony Ct.
Fremont, CA 94538


North Carolina Dept of Revenue
501 N. Wilmington St.
Raleigh, NC 27604


One Wilshire
624 S. Grand Ave
Los Angeles, CA 90017


PPP Loan
409 3rd St., SW
Washington, DC 20416


R & A Cell Towers LLC
21616 Cezanne Place
Woodland Hills, CA 91364


Raman 2004 Trust
1114 Savannah Dr.
San Jose, CA 95117


Rhode Island Department of Revenue
Dept of Labor and Training
PO Box 20380
Cranston, RI 02920-0944


Roger C. Jefferson
160 West Foothill Parkway
Suite 105-188
Corona, CA 92882

Ross Trachtenberg
36 Beacon Street
Natick, MA 01760


Sandra Dabrowski/Johnny Frederick
107 Tall Grass Circle
Huntsville, AL 35811


The 3250 Wilshire Blvd. Partners
c/o Steven J. Revitz
Raiskin & Revitz
1875 Century Park East, Ste 2000
Los Angeles, CA 90067


The Commonwealth of Massachusetts
Labor and Workforce Development
Charles F. Hurley Building
19 Staniford Street
Somerville, MA 02144


The Flying Moose, LLC
28610 Hwt 290
Ste. #F09-130
Hockley, TX 77447


Urmila Mistry
2048 Headon Road
Ontario Canada
L7M 4G3


US Bank
Po Box 790408
Saint Louis, MO 63179


Valery Lipenko
7905 Bentley Dr.
North Richland Hills, TX 76182

Varun Chauhan
5066 Rishley Run Way
Mount Dora, FL 32757


Ventura Robertson, LLC
c/o Law Offices of Barak Isaacs
30423 Canwood Street, Suite 118
Agoura Hills, CA 91301


Walter J Wiesler
15932 W Summerwalk DR
Surprise, AZ 85374


William Dreggors and Susan Abel
30444 Ruby Ranch Road
Evergreen, CO 80439


William G. Nowack
335 E. Paradise Ln.
Phoenix, AZ 85022