| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Mark S. Horoupian (CA Bar No. 175373)  mhoroupian@sulmeyerlaw.com  Steve Burnell (CA Bar No. 286557)  sburnell@sulmeyerlaw.com  **Sulmeyer**Kupetz, A Professional Corporation  333 South Grand Avenue, Suite 3400  Los Angeles, California 90071  Telephone: 213.626.2311  Facsimile:   213.629.4520  ☐ *Individual appearing without attorney*  ☒ *Attorneys for:* Howard M. Ehrenberg, Ch. 7 Trustee | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA -   LOS ANGELES DIVISION

| In re:  SPECTRUM LINK, INC.,  Debtor(s). | CASE NO.: 2:21-bk-16403-VZ  CHAPTER: 7  **NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

| **Sale Date:** January 25, 2022 | **Time:** 11:00 a.m. |
|---|---|
| **Location:** Courtroom 1368, Roybal Federal Building and Courthouse, 255 E. Temple St., Los Angeles, CA 90012 | |

**Type of Sale**: ☒ Public ☐ Private        **Last date to file objections**: January 11, 2022

**Description of property to be sold:**

Howard M. Ehrenberg, the Chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of the debtor Spectrum Link, Inc. ("Debtor") has filed his "Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of Vehicles To Marilyn Adjangba, Subject To Overbid; (2) Approving Proposed Overbid Procedures; (3) Approving The Sale Free And Clear Of Any Liens, Interests, And Encumbrances Under 11 U.S.C. § 363(f); (4) Deeming The Buyer To Be A Good Faith Purchaser Under 11 U.S.C. § 363(m); And (5) Waiving The Fourteen-Day Stay Prescribed By FRBP 6004(H); Memorandum Of Points And Authorities; Declarations Of Howard M. Ehrenberg And Marilyn Adjangba In Support Thereof" ("Motion") filed as Docket no. 170  in the above captioned case.

The Trustee is selling the following property of the Estate: (1) 2017 Ford Connect Van, license plate 77880G2, VIN ending -27318 ("2017 Ford Van"), (2) 2012 Ford F-F150 pickup truck, license plate 79084B2, VIN ending -82571 ("2012 Ford Truck"), and (3) 2014 Ford Connect Van, license plate 56186R2, VIN ending -33270 ("2014 Ford Van") (the three vehicles, individually, a "Vehicle," and collectively, the "Vehicles").   A copy of the registration and photos for each Vehicle is attached as Exhibits 1-3 to the Motion.   The Sale of the Vehicles does not include any other personal property in the photographs (i.e., ladders, tools, etc.) included in Exhibits 1-3.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                Page 1                                               **F 6004-2.NOTICE.SALE**

sb 2730838v1



**Terms and conditions of sale**:

    The Trustee has agreed to sell the Vehicles to Marilyn Adjangba ("Ms. Adjangba" or "Buyer") for a total price of $20,000.00 ("Purchase Price"), or alternatively, to such other interested bidder who may submit a higher offer to purchase any or all of the Vehicles at the hearing on the Motion.   The Trustee accepted the offer of $10,000.00 for the 2017 Ford Van, $6,000.00 for the 2012 Ford Truck, and $4,000.00 for the 2014 Ford Van.   The Vehicles are being sold individually, not as a lot, so the sale of each Vehicle is subject to individual overbid.

    The Vehicles are being sold on an "as is, where is" basis, with no warranties, recourse, contingencies, or representations, express or implied, of any kind.   The Trustee and the Estate take no responsibility for the collection and/or removal of the Vehicles and that the cost of doing so, if any, is that of the Buyer.   The sale of the Vehicles will be sold free and clear of any liens, interests, or encumbrances, including the liens held by the Employment Development Department ("EDD") and The 3250 Wilshire Blvd. Partners ("Wilshire Landlord") (the EDD and the Wilshire Landlord's liens, collectively, the "Disputed Liens").   The Disputed Liens will not attach to the net sale proceeds from the Sale of the Vehicles.

    This Sale is subject to overbid and the Trustee requests that the Court adopt the overbid procedures described below.   The Trustee also seeks an order deeming the Buyer to be a good-faith purchaser under 11 U.S.C. § 363(m), and waiving the fourteen (14) day stay prescribed by Federal Rule of Bankruptcy Procedure 6004(h) to allow the Buyer to immediately close the sale and take possession of the Vehicles.   In the event of any subsequent successful Overbidder (defined below), the Trustee will seek the same relief as to the overbidder.

**Proposed sale price**:  $20,000.00

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 6004-2.NOTICE.SALE**

sb 2730838v1

American LegalNet, Inc.
www.FormsWorkFlow.com

**Overbid procedure** *(if any)*:

Other potential buyers may submit overbids at the Sale hearing if they comply with the following overbid procedures ("Overbid Procedures"):

1. Intent To Bid And Overbid Amount

Any party wishing to bid on any of the Vehicles ("Overbidder") shall advise the Trustee of its intent to bid and the amount of the initial overbid which must be at least $1,000.00 more than the current selling price of $10,000.00 for the 2017 Ford Van, $6,000.00 for the 2012 Ford Truck, and $4,000.00 for the 2014 Ford Van ("Initial Overbid"), by no later than 12:00 p.m. one (1) business day before to the hearing on this Motion ("Overbid Deadline").  The Overbidder will further provide proof of the Overbidder's financial ability to perform as discussed below.  In his absolute sole discretion and business judgment, the Trustee shall have the right to accept additional overbids submitted prior to the Sale hearing but after the Overbid Deadline. Any subsequent overbids submitted after the Initial Overbid will be in increments of not less than $250.00.

2. Payment Of Deposit

The Buyer, and any Overbidder, shall provide the Trustee with a cashier's check, payable to "Howard M. Ehrenberg, Chapter 7 Trustee of the Bankruptcy Estate of Spectrum Link, Inc." in the amount of $2,500.00 ("Deposit"). The Deposit must be delivered so that it is received by the Trustee by no later than the Overbid Deadline.  Deposits should be mailed to Howard M. Ehrenberg, Chapter 7 Trustee, 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.  The Trustee will receive the Buyer's Deposit prior to the Sale hearing.  The Buyer's Deposit is non-refundable unless the Buyer is not deemed to be the "Winning Bidder" at the auction for any of the Vehicles as that phrase is defined below.  Overbidders who are not deemed to be the Winning Bidder shall have their Deposit refunded to them unless the Overbidders agree to act as the Backup Bidder (defined below).  The Deposit will be credited to the Winning Bidder's, or Backup Bidder's, final winning bid amount.  A separate Deposit is not required for each of the Vehicles if the Overbidder intends to bid on more than one (1) of the Vehicles.

3. Evidence Of Financial Ability To Perform

Any Overbidder must provide the Trustee with evidence of the proposed Overbidder's financial ability to pay the full amount of the Initial Overbid so that such evidence is received by the Trustee no later than the Overbid Deadline.  In his absolute sole discretion and business judgment, the Trustee shall have the right to qualify an Overbidder to bid at the Sale hearing by determining whether the Overbidder has provided sufficient proof of financial ability to perform.

4. Auction

All parties who have submitted timely bids and otherwise satisfied the foregoing requirements will be able to participate in an auction to be conducted at the hearing on the Motion as is necessary in order to increase their bid.  As stated previously, the Initial Overbid will be in the amount of at least $11,000.00 for the 2017 Ford Van, $7,000.00 for the 2012 Ford Truck, and $5,000.00 for the 2014 Ford Van and any subsequent overbids will be in increments of $250.00.

The Trustee will request authority to sell each of the Vehicles to the Buyer, or any successful Overbidder with the highest overbid ("Winning Bidder").  The Trustee will also seek authority to designate the second highest bidder as the back-up bidder ("Backup Bidder") and to sell each of the Vehicles to the Backup Bidder if the Winning Bidder fails to perform.  To be considered the "highest overbid," any overbid must be on the same terms and conditions as described herein.

5. Tender Of Balance Of Purchase Price

The Winning Bidder for each of the Vehicles must tender the total purchase price, minus the Deposit previously received, to the Trustee via cashier's check within seven (7) calendar days following entry of the order approving the Sale of the Vehicles to such buyer.  If the Winning Bidder for a Vehicle fails to tender the balance of the total purchase price by such date, that bidder's entire Deposit shall be forfeited to the Trustee, and the Backup Bidder shall tender the balance of the Backup Bidder's bid, minus the Backup Bidder's Deposit previously received, to the Trustee via cashier's check

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                                 Page 3                                                                         **F 6004-2.NOTICE.SALE**
sb 2730838v1



within seven (7) calendar days following the Trustee's delivery of notice to the Backup Bidder that the Winning Bidder failed to perform.   If the Backup Bidder fails to tender the balance of the total purchase price within seven (7) calendar days after receiving notice from the Trustee that the Winning Bidder has failed to perform, the Backup Bidder's Deposit shall be forfeited to the Trustee.   The Trustee shall have the sole discretion to extend the seven (7) calendar day payment deadline described herein for the Winning Bidder or the Backup Bidder.

6. Agreement To Terms And Overbid Procedures

Any Overbidder's tender of the Deposit to the Trustee shall serve as that Overbidder's agreement with these proposed Overbid Procedures and the terms of the Sale of the Vehicles discussed herein.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

Date:   January 25, 2022
Time:   11:00 a.m.
Location: Edward R. Roybal Federal Building and Courthouse
      U.S. Bankruptcy Court for the Central District of California
      255 E. Temple Street, Courtroom 1368
      Los Angeles, CA 90012


**Contact person for potential bidders** *(include name, address, telephone, fax and/or email address):*

Steve Burnell, Esq.
**Sulmeyer**Kupetz, A Professional Corporation
333 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: 213.626.2311
Direct: 213.617.5284
Facsimile:  213.629.4520


Date: January 4, 2022



# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Grand Avenue, Suite 3400, Los Angeles, California 90071

A true and correct copy of the foregoing document entitled: **NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* 1/4/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* 1/4/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* 1/4/2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1360
255 E. Temple Street
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 4, 2022 | Maria R. Viramontes | /s/Maria R. Viramontes |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*   Page 5   F 6004-2.NOTICE.SALE
sb 2730838v1



## 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

Michael Jay Berger on behalf of Debtor Spectrum Link, Inc.
michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Steve Burnell on behalf of Interested Party Courtesy (NEF)
sburnell@sulmeyerlaw.com, sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;mviramontes@sulmeyerlaw.com

Steve Burnell on behalf of Trustee Howard M Ehrenberg (TR)
sburnell@sulmeyerlaw.com, sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;mviramontes@sulmeyerlaw.com

Howard M Ehrenberg (TR)
ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com

M Douglas Flahaut on behalf of Interested Party Courtesy NEF
flahaut.douglas@arentfox.com

Alan W Forsley on behalf of Creditor Kenneth Thieman
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com

Alan W Forsley on behalf of Interested Party Courtesy (NEF)
alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com

M. Jonathan Hayes on behalf of Interested Party Courtesy NEF
jhayes@rhmfirm.com,
roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com

Mark S Horoupian on behalf of Trustee Howard M Ehrenberg (TR)
mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Kathleen P March on behalf of Creditor R and A Cell Towers LLC
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net

Kathleen P March on behalf of Interested Party Courtesy (NEF)
kmarch@bkylawfirm.com, kmarch3@sbcglobal.net

Kelly L Morrison on behalf of U.S. Trustee United States Trustee (LA)
kelly.l.morrison@usdoj.gov

Sheila M Pistone on behalf of Creditor The 3250 Wilshire Boulevard Partners
sheila@pistonelawoffice.com, sheilapistone@yahoo.com

Thomas J Polis on behalf of Creditor Armstrong Family Trust
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

Allan D Sarver on behalf of Interested Party Allan Sarver
ADS@asarverlaw.com

Timothy J Silverman on behalf of Creditor FERRARI FINANCIAL SERVICES, INC., its successors and/or assignees
tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Christopher B Wick on behalf of Creditor Crown Castle MU LLC
cwick@hahnlaw.com, lmay@hahnlaw.com;cmb@hahnlaw.com

Christopher B Wick on behalf of Interested Party Courtesy NEF
cwick@hahnlaw.com, lmay@hahnlaw.com;cmb@hahnlaw.com

Christopher K.S. Wong on behalf of Creditor Firuza Gilcher

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 6    F 6004-2.NOTICE.SALE

sb 2730838v1

American LegalNet, Inc.
www.FormsWorkFlow.com

christopher.wong@arentfox.com, yvonne.li@arentfox.com

Gabe P Wright on behalf of Creditor Crown Castle MU LLC
GWRIGHT@hahnlaw.COM, mkanamori@hahnlaw.com;lmay@hahnlaw.com

Gabe P Wright on behalf of Interested Party Courtesy NEF
GWRIGHT@hahnlaw.COM, mkanamori@hahnlaw.com;lmay@hahnlaw.com

## 2. SERVED BY UNITED STATES MAIL:

**Debtor**
Spectrum Link, Inc.
8221 3rd Street, Suite 204
Downey, CA 90241

**United States Trustee (LA)**
Kelly L Morrison
Office of the US Trustee
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017

**Creditors**

Armstrong Family Trust
c/o Thomas J. Polis, Esq.
POLIS & ASSOCIATES, APLC
19800 MacArthur Blvd., Suite 1000
Irvine, CA 92612-2433

R and A Cell Towers LLC
c/o The Bankruptcy Law Firm, P.C.
10524 W. Pico Blvd., Ste. 212
Los Angeles, CA 90064-2346

The 3250 Wilshire Boulevard Partners
c/o Sheila M. Pistone
Law Office of Sheila M. Pistone
1 Park Plaza
Ste 600 PMB 150
Irvine, CA 92614-5987

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

12th Capital LLC
13160 Mindanao Way
Marina Del Rey, CA 90292-6358

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*
sb 2730838v1

Page 7

F 6004-2.NOTICE.SALE



| | |
|---|---|
| 18321 Ventura Lease<br>18321 Ventura Blvd<br>Tarzana, CA 91356-4228 | 375 Pearl Street Lease NYC<br>375 Pearl Street<br>New York, NY 10038-1444 |
| Aaron A. Ashford<br>101 Scott Circle<br>Dudley, NC 28333-9711 | ABELLI ENTERPRISES   LLC<br>77 PISTAPAUG RD<br>NORTHFORD CT 06472-1627 |
| American Express<br>c/o Becket and Lee<br>PO Box 3001<br>Malvern, PA 19355-0701 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern   PA 19355-0701 |
| American Tower Lease<br>10250 Santa Monica Blvd<br>Los Angeles, CA 90067-6410 | Angel Nieto<br>7260 Richfield Street, Apt 304<br>Paramount, CA 90723-3319 |
| Arun Butcher and Kavita Pal<br>3785 Banyon Ln.<br>Alpharetta, GA 30022-5771 | Barak Lurie<br>Lurie & Kramer<br>12121 Wilshire Blvd., Suite 300<br>Los Angeles, CA 90025-1038 |
| Barak Lurie, Esq.<br>12121 WILSHIRE BLVD.<br>300<br>Los Angeles, CA 90025-1038 | Benjamin Bialek<br>1552 W Warm Springs Rd<br>Suite 110<br>Henderson NV 89014-4328 |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 8    F 6004-2.NOTICE.SALE

sb 2730838v1

American LegalNet, Inc.
www.FormsWorkFlow.com

Bruce and Bonnie Hanebutt
948 West Colchester Dr.
Eagle, ID 83616-5892

COPPER PROPERTIES, LLC
1775 W. State St.
#274
Boise, ID 83702-3924

Capital One
P.O. Box 60024
City Of Industry, CA 91716-0024

JPMORGAN CHASE BANK   N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Chris Lane
72 Sea Scape Avenue
Middletown, RI 02842-5853

Christopher M Alinea
2710 Lawson Road
Oriskany Falls, NY 13425-3525

Christopher P. Brandlin, Esq., Brok
BURKLEY BRANDLIN & SWATIK LLP
21515 Hawthorne Blvd.
Ste 820
Torrance, CA 90503-6521

Clark Gorrell
625 Keith's Run Road
Ripley, WV 25271-6148

Coresite One Wilshire LLC
1001 17th Street, Suite 500
Denver, CO 80202-2461

Crown Castle Fiber, LLC
Attn: Scott M. Callahan, Collection
80 Central St.
Boxborough, MA 01719-1245

Crown Castle Fiber, LLC
PO Box 28730
New York, NY 10087-8730

Cynthia Wollert
9 Brandermill Dr.
Henderson, NV 89052-6600

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*
sb 2730838v1

Page 9

F 6004-2.NOTICE.SALE

American LegalNet, Inc.
www.FormsWorkFlow.com

| | |
|---|---|
| DIANA YANKO<br>JAMES H BOWNAS<br>67 EAST WILSON BRIDGE ROAD, SUITE 100<br>WORTHINGTON OH 43085-2338 | DIANA YANKO IRA<br>JAMES H. BOWNAS<br>67 EAST WILSON BRIDGE ROAD, SUITE 100<br>WORTHINGTON OH 43085-2338 |
| Dale Boyd Estate<br>7780 Blewett Cutoff Rd.<br>Peshastin, WA 98847-9716 | DANIEL O  RITT TRUST<br>ATTN DANIEL RITT<br>168 DOVER PKWY<br>GARDEN CITY NY 11530-5004 |
| Diana Yanko<br>490 Ashmoore Court<br>Powell, OH 43065-7486 | Douglas Keeling<br>10100 Ash Creek Dr.<br>Union, KY 41091-8214 |
| Duane McFarland<br>170 Butler Lake Rd.<br>Saint Simons Island, GA 31522-5437 | Eileen M. Warner/ Classic Coastal<br>1982 State Road 44, Ste 354<br>New Smyrna Beach, FL 32168-8349 |
| Elisabeth Ann Denton<br>8158 Meadowview Ln<br>Mechanicsville VA 23111-2206 | Employee Development Department<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001 |
| Employment Development Department<br>Bankruptcy Group MIC 92E, PO BOX 826880<br>Sacramento, CA 95814 | Eric and Julie Smith<br>1712 Battle Creek Rd.<br>Charlotte, MI 48813-8509 |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*
sb 2730838v1

Page 10

F 6004-2.NOTICE.SALE



| | |
|---|---|
| Estate of Bernard S. Mayfield<br>c/o Law Offices of Wilma R. Shanks<br>Attn: Wilma R. Shanks, Esq.<br>1502 North Broadway<br>Santa Ana, CA 92706-3907 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| Fernando Torres<br>16836 Sherman Way #201<br>Van Nuys, CA 91406-3697 | Four T's, LLC<br>Fredman Lieberman Pearl LLP<br>1875 Century Park E., Ste 2230<br>Los Angeles, CA 90067-2522 |
| Foutz Enterprises L.P. Retirement Trust<br>Timothy P Foutz<br>5661 Heatherton Drive<br>Somis CA 93066-9716 | GI TC ONE WILSHIRE, LLC<br>C/O Ron Oliner<br>Duane Morris LLP<br>One Market, Spear Tower<br>Suite 2200<br>San Francisco, CA   94105 |
| GI TC One Wilshire LLC<br>PO Box 844664<br>Los Angeles, CA 90084-4664 | Gabor Bako<br>110 Coventry   Street<br>Lafayette, LA 70506-6149 |
| Gary M Ferman<br>4509 Club Estates Drive<br>Naples, FL 34112-8002 | Gerald D. Wollert<br>3799 Cadbury Circle<br>Apt B710<br>Venice, FL 34293-5293 |
| Hawaiian Air Credit<br>PO Box 30008<br>Honolulu, HI 96820-0008 | Hugh and Anne Jenings<br>1226 Big Daraw Pt<br>Saint Helena Island SC 29920-3065 |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*
sb 2730838v1

Page 11

F 6004-2.NOTICE.SALE

American LegalNet, Inc.
www.FormsWorkFlow.com

Intergate Manhattan LLC
c/o Sabey Data Center Solutions LLC
3355 35th Ave S,
Seattle, WA 98144

Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Jacob Pinkey
237 Morcroft Lane
Durham, NC 27705-5656

James P Haggerty
1599 Village View Rd.
Encinitas, CA 92024-5607

James Poorbaugh
3560 E Arborvitae Ct.
Boise, ID 83716-7131

James Roger Postema
6540 48th Avenue
Hudsonville, MI 49426-8925

Jane Elkins
2726 Decoy Drive
Sparks, NV 89436-6466

Jatin C Vora
3017 Tamburlaine Dr
San Ramon CA 94582-2579

Jennifer Mayo
1952 N. Star Way #326
San Marcos CA 92078-0956

Jetmir Celaj
1740 Mulford Avenue 6D
Bronx, NY 10461-4333

Joan McCrea and Donald Gooden
Otto K Hilbert, Esq.
535 16th St Mall
Suite 810
Denver, CO 80202-4228

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*
sb 2730838v1

Page 12

F 6004-2.NOTICE.SALE


American LegalNet, Inc.
www.FormsWorkFlow.com

| | |
|---|---|
| Jody Pollock<br>223 1/2 S. Bridge St.<br>Grand Ledge, MI 48837-1526 | Joe Aberle<br>824 Windslower Dr<br>Longmont CO 80504-2682 |
| John Buford<br>701 River Bend Road.<br>Sugar Grove, NC 28679-8708 | John Elkins<br>2726 Decoy Drive<br>Sparks, NV 89436-6466 |
| Kenneth B Lyons<br>7 Daniel Ln.<br>Lebanon, NJ 08833-4351 | Kenneth Thieman and Four T's LLC<br>c/of  Orloff & Associates APC<br>Attn: Paul Orloff<br>8402 Florence Avenue Ste B1<br>Downey, CA 90240-2997 |
| Ketan Patel<br>2815 Lochgreen Way<br>Dublin, CA 94568-4595 | Kevin McDonald<br>460 Highland Ave<br>Clifton, NJ 07011-3712 |
| Khoon San Lee<br>1445 Sandy Circle<br>Blacksburg, VA 24060-3772 | Leslie Gayle Mast<br>1627 Clearwater Place<br>Encinitas, CA 92024-1964 |
| LOS ANGELES COUNTY TREASURER AND<br>TAX COLLECTOR<br>ATTN BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 | Mark Cheever<br>8 ILA Road<br>Saugus MA 01906-1017 |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                               Page 13                                               **F 6004-2.NOTICE.SALE**
sb 2730838v1



Marvin Lesikar
2861 FM 1822
Edna, TX 77957-4741

Micheletti Consulting LLC
15 Synnyside Avenue
Bristol, RI 02809-1711

New York Department of Revenue
2116 Adam Clayton Powell Jr Blvd
New York, NY 10027-4411

Niket P Vakharia, Vardhman LLC
126 Peony Ct.
Fremont, CA 94538-2425

North Carolina Dept of Revenue
501 N. Wilmington St.
Raleigh, NC 27604-8002

One Wilshire
624 S. Grand Ave
Los Angeles, CA 90017-3881

PPP Loan
409 3rd St., SW
Washington, DC 20416-0011

Paxton and Kimberlee Simmons
1071 Beaumont Cir
Vista CA 92084-6317

R & A Cell Towers LLC
21616 Cezanne Place
Woodland Hills, CA 91364-5213

Raman 2004 Trust
1114 Savannah Dr.
San Jose, CA 95117-3064

Rhode Island Department of Revenue
Dept of Labor and Training
PO Box 20380
Cranston, RI 02920-0944

Rodger L Maechtlen
810 S Forewood Rd
Arkansas City KS 67005-9385

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                Page 14                                **F 6004-2.NOTICE.SALE**
sb 2730838v1



Roger C. Jefferson
160 West Foothill Parkway
Suite 105-188
Corona, CA 92882-8545

Ross Trachtenberg
36 Beacon Street
Natick, MA 01760-2822

Samir Vora
7290 Club House Dr
Pleasanton CA 94566-9806

Sandra Dabrowski/Johnny Frederick
107 Tall Grass Circle
Huntsville, AL 35811-6503

Terry Harper
252 Youngs Run Dr
Warren OH 44483-7113

The 3250 Wilshire Blvd. Partners
c/o Steven J. Revitz
Raiskin & Revitz
1875 Century Park East, Ste 2000
Los Angeles, CA 90067-2545

The Commonwealth of Massachusetts
Labor and Workforce Development
Charles F. Hurley Building
19 Staniford Street
Somerville, MA 02143

The Flying Moose, LLC
28610 Hwt 290
Ste. #F09-130
Hockley, TX 77447

Thomas Smith
1601 North 10th Street
Boise ID 83702-3627

Tim and Ruth Asper
7924 Roseland Drive
Urbandale IA 50322-4468

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Urmila Mistry
2048 Headon Road
Ontario Canada
L7M 4G3

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*
sb 2730838v1

Page 15

F 6004-2.NOTICE.SALE



Valery Lipenko
7905 Bentley Dr.
North Richland Hills, TX 76182-7683

Varun Chauhan
5066 Rishley Run Way
Mount Dora, FL 32757-8009

Ventura Robertson LLC, Ventura 8th LLC and Ventura Fig. LLC
C/o Optimus Properties LLC
1801 Century Park East, Suite 2100
Los Angeles, CA. 90067-2323

Ventura Robertson, LLC
c/o Law Offices of Barak Isaacs
30423 Canwood Street, Suite 118
Agoura Hills, CA 91301-4314

Walter J Wiesler
15932 W Summerwalk DR
Surprise, AZ 85374-6146

William Dreggors and Susan Abel
30444 Ruby Ranch Road
Evergreen, CO 80439-7833

William G. Nowack
335 E. Paradise Ln.
Phoenix, AZ 85022-2518

Zachary Simmons
1362 Olive Ave
Vista CA 92083-4741

c/o Ron Oliner
Duane Morris LLP
One Market, Spear Tower
Suite 2200
San Francisco, CA   94105

Allan Sarver
c/o Law Offices of Allan D. Sarver
16000 Ventura Blvd
Suite 1000
Encino, CA 91436-2762

Firuza Gilcher
Arent Fox LLP
c/o M. Douglas Flahaut
555 West Fifth Street, 48th FL
Los Angeles, CA 90013-1065

Rosalina Frank
PO Box 28572
Anaheim, CA 92809-0152

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 16    F 6004-2.NOTICE.SALE
sb 2730838v1

