Steven F. Werth (CA Bar No. 205434)
 *steven.werth@gmlaw.com*
**Greenspoon Marder LLP**
A Florida limited liability partnership
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.617.5210
Facsimile: 771.771.9264

Attorneys for Howard M. Ehrenberg, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:21-bk-16403-VZ |
| SPECTRUM LINK, INC., | Chapter 7 |
| Debtor. | **NOTICE OF TRUSTEE'S MOTION TO APPROVE SETTLEMENT BETWEEN CHAPTER 7 TRUSTEE AND AMERICAN EXPRESS, FOR $295,000 AND AUTHORIZING PAYMENT OF CONTINGENCY FEE TO GREENSPOON MARDER LLP** |
| | [No Hearing Required Unless Requested] |

SFW 55893366v1

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, ALL CREDITORS, AND PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE THAT** Howard M. Ehrenberg, the duly appointed, authorized, and acting Chapter 7 trustee ("Trustee") of the bankruptcy estate ("Estate") of Spectrum Link, Inc. ("Debtor") has filed a "Trustee's Motion To Approve Settlement Between Chapter 7 Trustee And American Express, For $295,000 And Authorizing Payment Of Contingency Fee To Greenspoon Marder LLP" (the "Motion").

**PLEASE TAKE FURTHER NOTICE THAT** the Motion seeks an order approving a settlement ("Settlement") which the Trustee has entered into with American Express National Bank ("American Express"), which received transfers from the Debtor in the four-year period prior to August 11, 2021.

**PLEASE TAKE FURTHER NOTICE THAT** the Settlement has been reached as a result of the Trustee conducting an investigation, sending a demand letter, communicating with American Express through counsel, engaging in discovery, and drafting the settlement agreement. The Settlement contemplates that in exchange for a settlement payment, American Express and the Estate will release all claims against each other (except that American Express will retain a general unsecured claim in the amount of $18,573), and no further litigation will occur. Even if the Trustee discovers that additional transfers made to American Express, the Trustee is waiving the right to pursue litigation relating to additional transfers. The Settlement must be approved by the Court to be effective.

**PLEASE TAKE FURTHER NOTICE THAT** the Motion requests authority for the Trustee to pay his counsel, Greenspoon Marder LLP ("Greenspoon"), its 33.3% contingency fee relating to the Settlement payment—specifically, $98,235.00--on an interim basis, from the proceeds received from American Express. The Motion does not seek reimbursement of expenses at this time. This contingency fee payment to Greenspoon will be subject to further review of the Court, the Office of the U.S. Trustee,

SFW 55893366v1

creditors, and parties in interest, in connection with a final fee application that Greenspoon will file at the conclusion of this case in which Greenspoon will request final approval of any contingency fees paid to it and expenses incurred. No party in interest will waive any right to oppose final payment to Greenspoon of any contingency fee, by not objecting at this time to Greenspoon's payment on an interim basis.

**PLEASE TAKE FURTHER NOTICE THAT** the Motion is brought in accordance with Federal Rule of Bankruptcy Procedure 9019, and is made on the grounds that the Settlement is supported by a good business justification and is in the best interest of the Estate. The Motion is based on the Motion, the Settlement which is attached to the Motion as Exhibit 1, the Memorandum of Points and Authorities attached to the Motion, the supporting declarations of Howard M. Ehrenberg and Steven F. Werth which are attached to the Motion, and the record in this case.

**PLEASE TAKE FURTHER NOTICE THAT** if you would like a copy of the Motion and supporting documentation, counsel for the Trustee Steven F. Werth will provide one to you. Mr. Werth can be reached at *steven.werth@gmlaw.com* and his office number is (213) 617-5210.

**PLEASE TAKE FURTHER NOTICE THAT** the Trustee is requesting that the Court grant the Motion without a hearing, as provided for in Local Bankruptcy Rule 9013-1(o). Any formal response in opposition to the Motion, and request for a hearing, must (1) be in the form required by Local Bankruptcy Rule 9013-1(f)(1), (2) be filed with the Clerk of the Court, and (3) be served upon the Trustee's counsel (Steven F. Werth, *steven.werth@gmlaw.com*), and upon the United States Trustee within 17 days of the date this Notice was served. If any such response is timely received, the Trustee will set a hearing date and send out notice of that hearing. No hearing will be held if no response and request for hearing is received. Pursuant to Local Bankruptcy Rule 9013-1(h), the failure to timely file and serve an opposition to the Motion may be deemed as your consent to the granting of the Motion. If you do not oppose the Motion, you need not take any further action.

DATED: November 7, 2023    **Greenspoon Marder LLP**

By: _/s/ Steven Werth_
Steven F. Werth
Attorneys for Howard M. Ehrenberg
Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1875 Century East, Suite 1900, Los Angeles, California 90067.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF TRUSTEE'S MOTION TO APPROVE SETTLEMENT BETWEEN CHAPTER 7 TRUSTEE AND AMERICAN EXPRESS, FOR $295,000 AND AUTHORIZING PAYMENT OF CONTINGENCY FEE TO GREENSPOON MARDER LLP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  November 9, 2023  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Michael Jay Berger michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- J Scott Bovitz bovitz@bovitz-spitzer.com
- Steve Burnell Steve.Burnell@gmlaw.com, sburnell@ecf.courtdrive.com; sburnell@ecf.inforuptcy.com;cheryl.caldwell@gmlaw.com;denise.walker@gmlaw.com
- Michael F Chekian mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- Douglas A Crowder dcrowder@crowderlaw.com
- Charles W Daff charleswdaff@gmail.com, r53975@notify.bestcase.com
- Howard M Ehrenberg (TR) ehrenbergtrustee@gmlaw.com, ca25@ecfcbis.com; C123@ecfcbis.com;howard.ehrenberg@ecf.courtdrive.com;Karen.Files@gmlaw.com
- M Douglas Flahaut flahaut.douglas@arentfox.com
- Alan W Forsley alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- Thomas P Griffin tgriffin@hsmlaw.com, lnewberry@hsmlaw.com
- M. Jonathan Hayes jhayes@rhmfirm.com, roksana@rhmfirm.com; matt@rhmfirm.com; rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- Mark S Horoupian mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com; cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com
- Caroline S Kim caroline@kimlawgrouppc.com, denise@kimlawgrouppc.com;kimcr81238@notify.bestcase.com
- Marc A Lieberman marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- Zi Chao Lin zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com; thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com
- Kathleen P March kmarch@bkylawfirm.com, kmarch3@sbcglobal.net,kmarch@sbcglobal.net
- Christopher Minier cminier@go2.law, kadele@go2.law
- Kelly L Morrison kelly.l.morrison@usdoj.gov
- Randall P Mroczynski randym@cookseylaw.com
- Aron M Oline roliner@duanemorris.com
- Sheila M Pistone sheila@pistonelawoffice.com, sheilapistone@yahoo.com
- Thomas J Polis tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Hamid R Rafatjoo hrafatjoo@raineslaw.com, bclark@raineslaw.com
- Christopher O Rivas crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Holly Roark holly@roarklawoffices.com, courtnotices@roarklawoffices.com
- Cory J Rooney rooneylaw@outlook.com

PMD 55892227v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**

- Allan D Sarver ADS@asarverlaw.com
- Scott A Schiff sas@soukup-schiff.com
- Timothy J Silverman tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
- Benjamin L Tompkins ben@kennyhertzperry.com, docketing@kennyhertzperry.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Steven Werth steven.werth@gmlaw.com, swerth@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com,Karen.Files@gmlaw.com;patricia.dillamar@gmlaw.com
- Christopher B Wick cwick@hahnlaw.com, lmay@hahnlaw.com;cmb@hahnlaw.com
- Reilly D Wilkinson rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com
- Christopher K.S. Wong christopher.wong@afslaw.com, yvonne.li@arentfox.com
- Gabe P Wright GWRIGHT@hahnlaw.COM, mkanamori@hahnlaw.com;lmay@hahnlaw.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) November 9, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**
Spectrum Link, Inc.
8221 3rd Street, Suite 204
Downey, CA 90241

American Express National Bank
Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Kelly L. Morrison
Office of the US Trustee
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017

American Express
Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363

Hon. Vincent Zurzolo
Roybal Federal Building
Bin outside of Suite 1360
255 E. Temple Street
Los Angeles, CA 90012-3332

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 9, 2023 served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Email**
American Express National Bank
Becket and Lee LLP
Email:  proofofclaim@becket-lee.com

**Via Email**
American Express
Darryl S. Laddin
dladdin@agg.com

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 9, 2023 | Cheryl Caldwell | */s/ Cheryl Caldwell* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PMD 55892227v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                     **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

**Creditors**

R and A Cell Towers LLC
c/o The Bankruptcy Law Firm, P.C.
10524 W. Pico Blvd., Ste. 212
Los Angeles, CA 90064-2346

The 3250 Wilshire Boulevard Partners
c/o Sheila M. Pistone
Law Office of Sheila M. Pistone
1 Park Plaza
Suite 600 PMB 150
Irvine, CA 92614-5987

Armstrong Family Trust
c/o Thomas J. Polis, Esq.
POLIS & ASSOCIATES, APLC
19800 MacArthur Blvd., Suite 1000
Irvine, CA 92612-2433

12th Capital LLC
13160 Mindanao Way
Marina Del Rey, CA 90292-6358

18321 Ventura Lease
18321 Ventura Blvd.
Tarzana, CA 91356-4228

375 Pearl Street Lease NYC
375 Pearl Street
New York, NY 10038-1444

Aaron A. Ashford
101 Scott Circle
Dudley, NC 28333-9711

Abelli Enterprises  LLC
77 Pistapaug Road
Northford, CT 06472-1627

American Express
c/o Becket and Lee
PO Box 3001
Malvern, PA 19355-0701

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

PMD 55892227v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

American Tower Lease
10250 Santa Monica Blvd.
Los Angeles, CA 90067-6410

Angel Nieto
7260 Richfield Street, Apt. #304
Paramount, CA 90723-3319

Arun Butcher and Kavita Pal
3785 Banyon Lane
Alpharetta, GA 30022-5771

Barak Lurie
Lurie & Kramer
12121 Wilshire Blvd., Suite 300
Los Angeles, CA 90025-1038

Barak Lurie, Esq.
12121 Wilshire Blvd., Suite 300
Los Angeles, CA 90025-1038

Benjamin Bialek
1552 W. Warm Springs oaRd
Suite 110
Henderson, NV 89014-4328

Bruce and Bonnie Hanebutt
948 West Colchester Dr.
Eagle, ID 83616-5892

Copper Properties, LLC
1775 W. State St., #274
Boise, ID 83702-3924

Capital One
PO Box 60024
City Of Industry, CA 91716-0024

JPMorgan Chase Bank  N A
Bankruptcy Mail Intake Team
700 Kansas Lane, Floor 01
Monroe, LA 71203-4774

Chris Lane
72 Sea Scape Avenue
Middletown, RI 02842-5853

Christopher M Alinea
2710 Lawson Road
Oriskany Falls, NY 13425-3525

PMD 55892227v1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                        F 9013-3.1.PROOF.SERVICE

Christopher P. Brandlin, Esq.
BURKLEY BRANDLIN & SWATIK LLP
21515 Hawthorne Blvd., Suite 820
Torrance, CA 90503-6521

Clark Gorrell
625 Keith's Run Road
Ripley, WV 25271-6148

Coresite One Wilshire LLC
1001 17th Street, Suite 500
Denver, CO 80202-2461

Crown Castle Fiber, LLC
Attn: Scott M. Callahan, Collection
80 Central St.
Boxborough, MA 01719-1245

Crown Castle Fiber, LLC
PO Box 28730
New York, NY 10087-8730

Cynthia Wollert
9 Brandermill Dr.
Henderson, NV 89052-6600

Diana Yanko
James H. Bownas
67 East Wilson Bridge Road, Suite 100
Worthington, OH 43085-2338

Dale Boyd Estate
7780 Blewett Cutoff Rd.
Peshastin, WA 98847-9716

Daniel O. Ritt Trust
Attn: Daniel Ritt
168 Dover Pkwy
Garden City, NY 11530-5004

Diana Yanko
490 Ashmoore Court
Powell, OH 43065-7486

Douglas Keeling
10100 Ash Creek Dr.
Union, KY 41091-8214

Duane McFarland
170 Butler Lake Rd.
Saint Simons Island, GA 31522-5437

PMD 55892227v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                   **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| Eileen M. Warner/ Classic Coastal<br>1982 State Road 44, Ste 354<br>New Smyrna Beach, FL 32168-8349 | Eileen M. Warner/ Classic Coastal<br>1982 State Road 44, Ste 354<br>New Smyrna Beach, FL 32168-8349 |
| Elisabeth Ann Denton<br>8158 Meadowview Ln<br>Mechanicsville VA 23111-2206 | Employee Development Department<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001 |
| Employment Development Department<br>Bankruptcy Group MIC 92E, PO BOX 826880<br>Sacramento, CA 95814 | Eric and Julie Smith<br>1712 Battle Creek Rd.<br>Charlotte, MI 48813-8509 |
| Estate of Bernard S. Mayfield<br>c/o Law Offices of Wilma R. Shanks<br>Attn: Wilma R. Shanks, Esq.<br>1502 North Broadway<br>Santa Ana, CA 92706-3907 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| Fernando Torres<br>16836 Sherman Way #201<br>Van Nuys, CA 91406-3697 | Four T's, LLC<br>Fredman Lieberman Pearl LLP<br>1875 Century Park E., Ste 2230<br>Los Angeles, CA 90067-2522 |
| Foutz Enterprises L.P. Retirement Trust<br>Timothy P Foutz<br>5661 Heatherton Drive<br>Somis CA 93066-9716 | GI TC ONE WILSHIRE, LLC<br>C/O Ron Oliner<br>Duane Morris LLP<br>One Market, Spear Tower<br>Suite 2200<br>San Francisco, CA  94105 |

PMD 55892227v1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-3.1.PROOF.SERVICE**

GI TC One Wilshire LLC  
PO Box 844664  
Los Angeles, CA 90084-4664  

Gabor Bako  
110 Coventry Street  
Lafayette, LA 70506-6149  

Gary M Ferman  
4509 Club Estates Drive  
Naples, FL 34112-8002  

Gerald D. Wollert  
3799 Cadbury Circle  
Apt B710  
Venice, FL 34293-5293  

Hawaiian Air Credit  
PO Box 30008  
Honolulu, HI 96820-0008  

Hugh and Anne Jenings  
1226 Big Daraw Pt  
Saint Helena Island SC 29920-3065  

Intergate Manhattan LLC  
c/o Sabey Data Center Solutions LLC  
3355 35th Ave S,  
Seattle, WA 98144  

Internal Revenue Service  
P O Box 7346  
Philadelphia, PA 19101-7346  

JPMorgan Chase Bank, N.A.  
s/b/m/t Chase Bank USA, N.A.  
c/o National Bankruptcy Services, LLC  
P.O. Box 9013  
Addison, Texas 75001-9013  

Jacob Pinkey  
237 Morcroft Lane  
Durham, NC 27705-5656  

James P Haggerty  
1599 Village View Rd.  
Encinitas, CA 92024-5607  

James Poorbaugh  
3560 E Arborvitae Ct.  
Boise, ID 83716-7131  

PMD 55892227v1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                      F 9013-3.1.PROOF.SERVICE

James Roger Postema
6540 48th Avenue
Hudsonville, MI 49426-8925

Jane Elkins
2726 Decoy Drive
Sparks, NV 89436-6466

Jatin C Vora
3017 Tamburlaine Dr
San Ramon CA 94582-2579

Jennifer Mayo
1952 N. Star Way #326
San Marcos CA 92078-0956

Jetmir Celaj
1740 Mulford Avenue 6D
Bronx, NY 10461-4333

Joan McCrea and Donald Gooden
Otto K Hilbert, Esq.
535 16th St Mall
Suite 810
Denver, CO 80202-4228

Jody Pollock
223 1/2 S. Bridge St.
Grand Ledge, MI 48837-1526

Joe Aberle
824 Windslower Dr
Longmont CO 80504-2682

John Buford
701 River Bend Road.
Sugar Grove, NC 28679-8708

John Elkins
2726 Decoy Drive
Sparks, NV 89436-6466

Kenneth B Lyons
7 Daniel Ln.
Lebanon, NJ 08833-4351

Kenneth Thieman and Four T's LLC
c/of Orloff & Associates APC
Attn: Paul Orloff
8402 Florence Avenue Ste B1
Downey, CA 90240-2997

PMD 55892227v1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                  **F 9013-3.1.PROOF.SERVICE**

Ketan Patel
2815 Lochgreen Way
Dublin, CA 94568-4595

Kevin McDonald
460 Highland Ave
Clifton, NJ 07011-3712

Khoon San Lee
1445 Sandy Circle
Blacksburg, VA 24060-3772

Leslie Gayle Mast
1627 Clearwater Place
Encinitas, CA 92024-1964

Los Angeles County Treasurer and Tax Collector
Attn Bankruptcy Unit
Po Box 54110
Los Angeles CA 90054-0110

Mark Cheever
8 ILA Road
Saugus MA 01906-1017

Marvin Lesikar
2861 FM 1822
Edna, TX 77957-4741

Micheletti Consulting LLC
15 Synnyside Avenue
Bristol, RI 02809-1711

New York Department of Revenue
2116 Adam Clayton Powell Jr Blvd
New York, NY 10027-4411

Niket P Vakharia, Vardhman LLC
126 Peony Ct.
Fremont, CA 94538-2425

North Carolina Dept of Revenue
501 N. Wilmington St.
Raleigh, NC 27604-8002

One Wilshire
624 S. Grand Ave
Los Angeles, CA 90017-3881

PMD 55892227v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

PPP Loan
409 3rd St., SW
Washington, DC 20416-0011

Paxton and Kimberlee Simmons
1071 Beaumont Cir
Vista CA 92084-6317

R & A Cell Towers LLC
21616 Cezanne Place
Woodland Hills, CA 91364-5213

Raman 2004 Trust
1114 Savannah Dr.
San Jose, CA 95117-3064

Rhode Island Department of Revenue
Dept of Labor and Training
PO Box 20380
Cranston, RI 02920-0944

Rodger L Maechtlen
810 S Forewood Rd
Arkansas City KS 67005-9385

Roger C. Jefferson
160 West Foothill Parkway
Suite 105-188
Corona, CA 92882-8545

Ross Trachtenberg
36 Beacon Street
Natick, MA 01760-2822

Samir Vora
7290 Club House Dr
Pleasanton CA 94566-9806

Sandra Dabrowski/Johnny Frederick
107 Tall Grass Circle
Huntsville, AL 35811-6503

Terry Harper
252 Youngs Run Dr
Warren OH 44483-7113

The 3250 Wilshire Blvd. Partners
c/o Steven J. Revitz
Raiskin & Revitz
1875 Century Park East, Ste 2000
Los Angeles, CA 90067-2545

PMD 55892227v1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

The Commonwealth of Massachusetts
Labor and Workforce Development
Charles F. Hurley Building
19 Staniford Street
Somerville, MA 02143

The Flying Moose, LLC
28610 Hwt 290
Ste. #F09-130
Cypress, TX 77433

Thomas Smith
1601 North 10th Street
Boise ID 83702-3627

Tim and Ruth Asper
7924 Roseland Drive
Urbandale IA 50322-4468

Us Bank
PO Box 5229
Cincinnati, OH 45201-5229

Urmila Mistry
2048 Headon Road
Ontario Canada
L7M 4G3

Valery Lipenko
7905 Bentley Dr.
North Richland Hills, TX 76182-7683

Varun Chauhan
5066 Rishley Run Way
Mount Dora, FL 32757-8009

Ventura Robertson LLC, Ventura 8th LLC and Ventura Fig. LLC
C/o Optimus Properties LLC
1801 Century Park East, Suite 2100
Los Angeles, CA. 90067-2323

Ventura Robertson, LLC
c/o Law Offices of Barak Isaacs
30423 Canwood Street, Suite 118
Agoura Hills, CA 91301-4314

Walter J Wiesler
15932 W Summerwalk DR
Surprise, AZ 85374-6146

William Dreggors and Susan Abel
30444 Ruby Ranch Road
Evergreen, CO 80439-7833

PMD 55892227v1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              F 9013-3.1.PROOF.SERVICE

| | |
|---|---|
| William G. Nowack<br>335 E. Paradise Ln.<br>Phoenix, AZ 85022-2518 | Zachary Simmons<br>1362 Olive Ave<br>Vista CA 92083-4741 |
| c/o Ron Oliner<br>Duane Morris LLP<br>One Market, Spear Tower<br>Suite 2200<br>San Francisco, CA 94105 | Allan Sarver<br>c/o Law Offices of Allan D. Sarver<br>16000 Ventura Blvd<br>Suite 1000<br>Encino, CA 91436-2762 |
| Firuza Gilcher<br>Arent Fox LLP<br>c/o M. Douglas Flahaut<br>555 West Fifth Street, 48th FL<br>Los Angeles, CA 90013-1065 | Rosalina Frank<br>PO Box 28572<br>Anaheim, CA 92809-0152 |
| Paul Sagoo<br>11920 Indian Hills<br>Chatsworth, CA 91311 | Laura Dale & Associates, P.C.<br>1800 Saint James Place<br>Suite 620<br>Houston, TX 77056 |
| BMW of Clear Lake<br>15943 Gulf Fwy.<br>Webster, TX 77598 | Marriott International<br>Attn: John C. Josefsberg<br>Rudner Law Offices<br>12740 Hillcrest Road<br>Suite 240<br>Dallas, TX 75230 |
| Christian Louboutin<br>c/o Charles E. Boulbol, P.C.<br>26 Broadway, 17th Floor<br>New York, NY 10004 | Lamps Plus, Inc.<br>Attn: Cecile Fernando<br>956 E. Imperial Hwy.<br>Brea, CA 92821 |
| Nevada System of Higher Education<br>Atton: Peter J. Goatz<br>University of Nevada, Las Vegas<br>4505 S. Maryland Pkwy,<br>Las Vegas, NV 89154 | |

PMD 55892227v1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE